VÁZQUEZ, PLAINTIFF AND APPELLEE, *v.* CENTRAL VANNINA, DEFENDANT AND APPELLANT.

APPEAL from the First District Court of San Juan in an Action for Damages.

No. 2755.—Decided July 12, 1923.

Decided on the grounds of the opinion delivered in the case of *Morales* v. *Central Vannina, ante,* page 188.

*Mr. Damián Monserrat* for the appellant.
*Messrs. F. González* and *C. Iriarte, Jr.,* for the appellee.

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Aldrey, Hutchison and Franco Soto concurred.